IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr192-MEF |
| | ) | |
| JESSE BRENT WALKER | ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on January 10, 2007, this Court entered a Preliminary Order of Forfeiture, ordering defendant Jesse Brent Walker to forfeit the following firearm:

One Smith & Wesson, Model 457 .45 caliber pistol, serial number VZE7464.

The United States published notice of this forfeiture in the Montgomery Independent newspaper in accordance with the law and as specified in the Preliminary Order, and further notified all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the firearm;

No timely petition has been filed; and,

The Court finds that defendant Jesse Brent Walker had an interest in the firearm that is subject to forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c). The United States has established the requisite nexus between such firearm in the commission of the violation of Title 18, United States Code, Section 924(c)(1)(A).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.   The following firearm is hereby forfeited to the United

Case 2:06-cr-00192-MEF-CSC     Document 34-2     Filed 04/19/2007     Page 2 of 2

States pursuant to Title 18, United States Code, Section 924 and

Title 28, United States Code, Section 2461(c):

> One Smith & Wesson, Model 457 .45 caliber
> pistol, serial number VZE7464.

    2.    All right, title and interest to the firearm described

above is hereby condemned, forfeited and vested in the United

States of America and shall be disposed of according to law;

    3.    The United States District Court shall retain

jurisdiction in the case for the purpose of enforcing this Order;

and,

    4.    The Clerk of the Court shall forward two certified copies

of this Order to the United States Attorney's Office.

    SO ORDERED this the _20th_ day of April, 2007.


_____
UNITED STATES DISTRICT JUDGE